IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>VARANELLI, JOHN ROBERT<br>VARANELLI, LINDA MAY,<br><br>           Debtors. | Case No. 08-34394<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| Super Steer Meat Co.<br>1707 E Lincoln Ave<br>Goshen, IN 46528 | $1.14 |

Dated: June 10, 2011

Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email: jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Loraine P. Troyer<br>jaunsicker@frontier.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann